**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1324**

_____

VALERIE ARROYO, in her personal capacity,

Plaintiff - Appellant,

v.

PRETIUM PARTNERS LLC, in its official capacity; DONALD MULLEN, as CEO & Owner, in his official and personal capacity; PROGRESS RESIDENTIAL BORROWER 12 LLC, in its official capacity; PROGRESS RESIDENTIAL PROPERTY MANAGER NC LLC, in its official capacity; BRIAN BUFFINGTON, as CEO, Progress Residential, in his official and personal capacity; ADOLFO VILLAGOMEZ, as CFO, Progress Residential, in his official and personal capacity; TRAVIS JEFFERSON, Account Manager, Progress Residential Property Manager NC LLC, in his official and personal capacity; VANESSA GONZALEZ, Property Manager, Progress Residential Property NC LLC, in her official and personal capacity; CHRISTY E. WILHELM, Chief District Judge, in her official and personal capacity; DAVID BRENT CLONINGER, District Judge, in his official and personal capacity; MARTIN G. MCGEE, Senior Resident Judge, in his official and personal capacity; JONATHAN WATSON, Asst. Clerk of Court, in his official and personal capacity; CABARRUS COUNTY, its official capacity; MICHAEL DOWNS, County Manager, in his official and personal capacity; DEPARTMENT OF HEALTH AND HUMAN SERVICES, in its official capacity; KAREN CALHOUN, Former Director, in her official and personal capacity; TRICIA LYDIA, ERAP Team Lead, in her official and personal capacity; BOARD OF CABARRUS COUNTY COMMISSIONERS, in their official and personal capacity; STEVEN MORRIS, Chair, in his official and personal capacity; EVAN LEE, Attorney at Law, in his official and personal capacity; CABARRUS COUNTY SHERIFF'S OFFICE, in its official capacity; VAN W. SHAW, Sheriff, in his official and personal capacity; LOEBSACK & BROWNLEE, PLLC, in its official capacity; CHRISTOPHER J. LOEBSACK, Attorney at Law, in his official and personal capacity; JARED MATTHEW SCHMIDT, Attorney at Law, in his official and personal capacity; OLSINSKI LAW FIRM, PLLC, in its official capacity; CHRISTOPHER WILLIAM SHELBURN, Attorney at Law, in his official and personal capacity; CRAWFORD & VON KELLER, LLC, in its official capacity; BENJAMIN ANDREW BARCO,

Attorney at Law, in his official and personal capacity; NORTH CAROLINA STATE BAR, in its official capacity; NORTH CAROLINA JUDICIAL STANDARDS COMMISSION, in its official capacity; STATE OF NORTH CAROLINA, in its official capacity; JEFFREY NEALE JACKSON, Attorney General, in his official and personal capacity; BROCK VANSCOTER, Magistrate Judge, in his official and personal capacity,

Defendants - Appellees,

_____

**No. 25-1341**

_____

VALERIE ARROYO, in her personal capacity,

Plaintiff - Appellant,

v.

PRETIUM PARTNERS LLC, in its official capacity; DONALD MULLEN, as CEO & Owner, in his official and personal capacity; PROGRESS RESIDENTIAL BORROWER 12 LLC, in its official capacity; PROGRESS RESIDENTIAL PROPERTY MANAGER NC LLC, in its official capacity; BRIAN BUFFINGTON, as CEO, Progress Residential, in his official and personal capacity; ADOLFO VILLAGOMEZ, as CFO, Progress Residential, in his official and personal capacity; TRAVIS JEFFERSON, Account Manager, Progress Residential Property Manager NC LLC, in his official and personal capacity; VANESSA GONZALEZ, Property Manager, Progress Residential Property NC LLC, in her official and personal capacity; CHRISTY E. WILHELM, Chief District Judge, in her official and personal capacity; DAVID BRENT CLONINGER, District Judge, in his official and personal capacity; MARTIN G. MCGEE, Senior Resident Judge, in his official and personal capacity; JONATHAN WATSON, Asst. Clerk of Court, in his official and personal capacity; CABARRUS COUNTY, its official capacity; MICHAEL DOWNS, County Manager, in his official and personal capacity; DEPARTMENT OF HEALTH AND HUMAN SERVICES, in its official capacity; KAREN CALHOUN, Former Director, in her official and personal capacity; TRICIA LYDIA, ERAP Team Lead, in her official and personal capacity; BOARD OF CABARRUS COUNTY COMMISSIONERS, in their official and personal capacity; STEVEN MORRIS, Chair, in his official and personal capacity; EVAN LEE, Attorney at Law, in his official and personal capacity; CABARRUS COUNTY SHERIFF'S OFFICE, in its official capacity; VAN W. SHAW, Sheriff, in his official and personal capacity; LOEBSACK & BROWNLEE, PLLC, in its official capacity; CHRISTOPHER J.

2

LOEBSACK, Attorney at Law, in his official and personal capacity; JARED MATTHEW SCHMIDT, Attorney at Law, in his official and personal capacity; OLSINSKI LAW FIRM, PLLC, in its official capacity; CHRISTOPHER WILLIAM SHELBURN, Attorney at Law, in his official and personal capacity; CRAWFORD & VON KELLER, LLC, in its official capacity; BENJAMIN ANDREW BARCO, Attorney at Law, in his official and personal capacity; NORTH CAROLINA STATE BAR, in its official capacity; NORTH CAROLINA JUDICIAL STANDARDS COMMISSION, in its official capacity; STATE OF NORTH CAROLINA, in its official capacity; JEFFREY NEALE JACKSON, Attorney General, in his official and personal capacity; BROCK VANSCOTER, Magistrate Judge, in his official and personal capacity,

Defendants - Appellees.

Appeals from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, Chief District Judge.  (1:24-cv-01075-CCE-JEP)

Submitted:  August 8, 2025                                    Decided:  October 20, 2025

Before WYNN and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Valerie Arroyo, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Valerie Arroyo appeals the district court's orders accepting the recommendation of the magistrate judge, dismissing her 42 U.S.C. § 1983 complaint pursuant to 28 U.S.C. § 1915(e)(2)(B), and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny the pending motions and affirm the district court's orders. *See Arroyo v. Pretium Partners LLC*, No. 1:24-cv-01075-CCE-JEP (M.D.N.C. Feb. 18, 2025; Mar. 3, 2025; Mar. 27, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*